IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| JUSTIN W. RUELOS,<br><br>　　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　Defendant. | Civil No.  C10-0950-TSZ-MAT<br><br><br>(~~PROPOSED~~) ORDER |

　　　Based upon consideration of the Defendant's Motion for an amended scheduling order, the

Declaration of Terrye E. Shea in support of the request, and noting that Plaintiff's counsel does not

object, it is hereby ORDERED:

　　　1.　　　Defendant's responsive brief is due by November 18, 2010; and

　　　2.　　　Plaintiff's optional reply brief is due by December 2, 2010.

　　　DATED this 18th day of October, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Mary Alice Theiler
　　　　　　　　　　　　　　　　　　　　　　　　　　　Mary Alice Theiler
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Presented by:

s/ Terrye E. Shea   WSB # 27609
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Ave, Ste 2900
Seattle, WA 98104
Phone: (206) 615-2143
Fax: (206)615-2531
terrye.shea@ssa.gov