01
02
03
04
05

06           UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF WASHINGTON
07                      AT SEATTLE

08  JUSTIN W. RUELOS,                    )
                                         )   CASE NO. C10-0950-TSZ
09        Plaintiff,                     )
                                         )
10        v.                             )
                                         )   REPORT AND RECOMMENDATION
11  MICHAEL ASTRUE,                      )
    Commissioner of Social Security,     )
12                                       )
          Defendant.                     )
13  _____ )

14       Plaintiff Justin W. Ruelos brought this action to seek judicial review of the denial of his

15 application for Supplemental Security Income by the Commissioner of the Social Security

16 Administration. The parties have now stipulated that this case should be reversed and

17 remanded pursuant to sentence four of 42 U.S.C. § 405(g). (Dkt. 18.)

18       Based on the stipulation of the parties, the Court recommends that this case be

19 REVERSED and REMANDED for further administrative proceedings. Defendant has

20 determined that the recording of the hearing held on February 4, 2009 is only partially audible

21 and as a result there are multiple gaps in the testimony of the claimant, and in the testimony of

22 the medical and vocational experts. On remand, the Administrative Law Judge (ALJ) will

REPORT AND RECOMMENDATION
PAGE -1

offer plaintiff a new hearing and the opportunity to present further evidence and argument. The ALJ will further develop the record with supplemental medical and vocational expert testimony. The ALJ will issue a new decision based on the expanded record.

Given the above, the Court recommends that United States Chief District Judge Robert S. Lasnik immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings. A proposed order accompanies this Report and Recommendation.

DATED this 19th day of November, 2010.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2